**Tamre M. HALLING, Appellant,**

v.

**David G. HALLING, Respondent.**

**No. WD 50544.**

Missouri Court of Appeals,
Western District.

Jan. 2, 1996.

James Nadolski, St. Joseph, for appellant.

Thomas R. Summers, St. Joseph, for respondent.

Before LAURA DENVIR STITH, P.J.,
and LOWENSTEIN and HANNA, JJ.

### ORDER

PER CURIAM.

The mother appeals the dismissal of her petition for modification of child support. Affirmed. Rule 84.16(b).